**Order entered October 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00522-CR

### PATRICK D MARTIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F17-18397-RJ**

## ORDER

The clerk's record reflects that appellant is indigent and requested the reporter's record on May 10, 2018. The reporter's record was due July 20, 2018. On July 25, 2018, we notified court reporter Kimberly Xavier by postcard and directed her to file the reporter's record by August 24, 2018. When the reporter's record was not filed by that date, we ordered Ms. Xavier to file the complete reporter's record by September 24, 2018. We cautioned Ms. Xavier that the failure to file the reporter's record by that date would result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which might include ordering that she not sit until the complete reporter's record is filed. To date, the reporter's record has not been filed and we have had no communication from Ms. Xavier.

Therefore, we **ORDER** that Kimberly Xavier **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, official court reporter, Criminal District Court No. 3; to the Dallas County Auditor's Office; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE